FILED
APR 1 3 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE J. ROBERTS,<br><br>                 Plaintiff,<br>vs.<br><br>TOM VILSACK, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>                 Defendant. | Case No.: 09cv1911-BEN (WMc)<br><br>SPECIAL VERDICT<br><br>CTRM:      3<br>JUDGE:     Honorable Roger T. Benitez<br>TRIAL DATE:  April 10, 2012 |

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## Question 1

Has Plaintiff proved by a preponderance of the evidence that Plaintiff's race was a substantial or motivating factor behind the following decisions by Defendant:

(a) Issuance of Letter of Caution    Yes \_\_\_\_    No **X**

(b) Issuance of Letter of Reprimand    Yes \_\_\_\_    No **X**

(c) Two week Suspension    Yes \_\_\_\_    No **X**

(d) Delayed Promotion    Yes \_\_\_\_    No **X**

If you answered "no" to all of the decisions listed in Question 1, skip the remaining questions and sign and return this verdict. If you answered "yes" to any of the decisions listed in Question 1, proceed to Question 2.

## Question 2

As to those decisions listed in Question 1 to which you answered "yes," has the Defendant proved by a preponderance of the evidence that those same decisions were also motivated by a lawful reason and that Defendant would have made those same decisions even absent Plaintiff's race?

(a) Issuance of Letter of Caution    Yes \_\_\_\_    No \_\_\_\_    N/A \_\_\_\_

(b) Issuance of Letter of Reprimand    Yes \_\_\_\_    No \_\_\_\_    N/A \_\_\_\_

(c) Two week Suspension    Yes \_\_\_\_    No \_\_\_\_    N/A \_\_\_\_

(d) Delayed Promotion    Yes \_\_\_\_    No \_\_\_\_    N/A \_\_\_\_

If you answered "yes" and/or "N/A" to all of the decisions listed in Question 2, skip the remaining questions and sign and return this verdict. If you answered "no" to any of the decisions listed in Question 2, proceed to Question 3.

## Question 3

With regard to any decisions to which you answered "no" in Question 2, has Plaintiff proved by a preponderance of the evidence that those decisions caused Plaintiff emotional distress?

Yes \_\_\_\_    No \_\_\_\_

If you answered "no," sign and return this verdict. If you answered "yes," answer Question 4.

**Question 4**

What do you find to be the total amount of past emotional distress damages suffered by Plaintiff?

Amount: $ _____

You are now finished with this Special Verdict form. The jury foreperson should date and sign this form, and return it to the Court. The Court will then instruct you as to the need for further deliberations.

Dated: *April 13, 2012*         _Katherine L. Currier_
                                JURY FOREPERSON'S SIGNATURE